**Oliver J. Wright, Defendant in Error, v. John L. Bolen, Plaintiff in Error.**

**Gen. No. 18,519. (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. EDWIN K. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed January 22, 1914.

### Statement of the Case.

Action by Oliver J. Wright against John L. Bolen to recover for work and labor performed by the plaintiff as a carpenter and foreman for the defendant for certain periods of time stated in his statement of claim. From a judgment in favor of plaintiff for $858.70, defendant brings error.

PARK PHIPPS, for plaintiff in error.

GIDEON S. THOMPSON, for defendant in error.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 87*—*when defendant in suit for wages entitled to deduction of credits.* In an action for wages a verdict in favor of plaintiff *held* too large in view of evidence showing that defendant was entitled to certain items as credits, and judgment was affirmed upon condition of remittitur.

2. WITNESSES, § 33*—*competency of plaintiff's wife to testify.* In an action for wages where plaintiff testified that his wife on several occasions collected money for him from the defendant, *held* not error to permit plaintiff's wife to testify to a conversation with the defendant concerning plaintiff's account.

3. APPEAL AND ERROR, § 523*—*method of making objections to oral instructions.* Improper on making objections to oral instructions to divide the oral charge into separate numbered paragraphs.